# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND DEPOSITORS INSURANCE COMPANY § § § § § | |
| PLAINTIFFS § § | |
| v. § | CIVIL ACTION NO. 4:23-cv-00874-P |
| § AMALGAMATE PROCESSING, INC., TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND GREAT NORTHERN INSURANCE COMPANY § § § § § § § | |
| DEFENDANTS § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs **ALLIED PROPERTY AND CASUALTY COMPANY** and **DEPOSITORS INSURANCE COMPANY** and file this Stipulation of Dismissal with Prejudice as to Defendants TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and GREAT NORTHERN INSURANCE COMPANY only, pursuant to Federal Rule of Civil Procedure 41.

The Parties have reached an agreement. Plaintiffs no longer wish to prosecute their claims against these Defendants and wish to have their claims dismissed with prejudice against Defendants **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** and **GREAT NORTHERN INSURANCE COMPANY** only.

Accordingly, the Plaintiffs stipulate the Court may dismiss with prejudice all claims that Plaintiffs asserted or could have asserted against Defendants **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** and **GREAT NORTHERN INSURANCE COMPANY** in this lawsuit and that all costs of court incurred in connection with said causes of action are to be paid by the party incurring same.

Date: November 22, 2023.

    Respectfully submitted,

    /s/ *Wm. David Farmer*

    **Wm. David Farmer**
    State Bar No. 06826470
    wdfarmer@satx.law
    FARMER, HOUSE, OSUNA & OLVERA
    411 Heimer Road
    San Antonio, Texas  78232-4854
    Telephone No. (210) 377-1990
    Facsimile No. (210) 377-1065

    *Attorneys for Plaintiffs Allied Property and Casualty Insurance Company and Depositors Insurance Company*

## CERTIFICATE OF SERVICE

On this 22nd day of November, 2023, I hereby certify that I filed a copy of the foregoing with this Court via the CM/ECF system, which will forward a copy of same to all counsel of record in accordance with the Federal Rules of Civil Procedure. Any counsel that has not yet made an appearance will be served in accordance with the Federal Rules of Civil Procedure.

| *Via CM/ECF* | *Via CM/ECF* |
|---|---|
| Randy Walters<br>Walters, Balido & Crain<br>10440 North Central Expressway, Suite 1500<br>Dallas, Texas  75231 | Michael J .Henry<br>675 N. Henderson St., Ste. 300<br>Fort Worth, TX 76107 |
| *Local Attorney for Plaintiffs* | *Attorney for Defendant, Amalgamate Processing, Inc.* |

    /s/ Wm. David Farmer
    **Wm. David Farmer**