IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND DEPOSITORS INSURANCE COMPANY § § § § § PLAINTIFFS § § v. § AMALGAMATE PROCESSING, INC., § TRAVELERS PROPERTY § CASUALTY COMPANY OF § AMERICA AND GREAT NORTHERN § INSURANCE COMPANY § § DEFENDANTS § | CIVIL ACTION NO. 4:23-cv-00874-P |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE PITTMAN:

Come now Plaintiffs/Counter-Defendants ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY ("Allied"), DEPOSITORS INSURANCE COMPANY ("Depositors"), and Defendant/Counter-Claimant AMALGAMATE PROCESSING, INC., ("Amalgamate") and files this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41.

1. In this suit Allied and Depositors asserted claims against Amalgamate, as well as other Defendants, who did not appear, and who were dismissed from this suit pursuant to a stipulation of dismissal of November 22, 2023. See ECF No. 15.

2. Amalgamate filed a Counter-Claim against Depositors and Allied on October 12, 2023. See ECF No. 7.

3. The parties have reached an agreement and no longer wish to prosecute their claims and counter-claims.

4. Allied and Depositors move to dismiss all their claims against Amalgamate.

5. Amalgamate moves to dismiss all their claims against Allied and Depositors.

6. This Joint Stipulation of Dismissal disposes of all claims against all parties and therefore finally disposes of this suit.

7. For these reasons, the parties hereby stipulate to dismissal with prejudice of all claims asserted by and against all remaining parties in this suit with cost to be borne by those parties incurring same.

Respectfully submitted,

*/s/ Wm. David Farmer*
**Wm. David Farmer**
SBN. 06826470
Email: wdfarmer@satx.law
FARMER, HOUSE, OSUNA & OLVERA
411 Heimer Road
San Antonio, Texas  78232-4854
Telephone No. (210) 377-1990
Facsimile No. (210) 377-1065
***ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND DEPOSITORS INSURANCE COMPANY***

*/s/ Michael J. Henry*
Michael J. Henry
SBN: 09482300
Email: henry@henrytexlaw.com
MICHAEL J. HENRY, ATTY. AT LAW, P.C.
675 N. Henderson St., Ste. 300
Fort Worth, TX 76107
Phone: 817.877.3303
Facsimile: 817.338.9109
***ATTORNEYS FOR DEFENDANT/COUNTER-CLAIMANT AMALGAMATE PROCESSING, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*Via CM/ECF*

                                                        */s/ Michael J. Henry*
                                                       **Michael J. Henry**